IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Ray, Kimberly

Printed: 03/17/09

Case Number: 08 B 22196
Judge: Wedoff, Eugene R
Filed: 8/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 29, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 650.00 |  |
| Secured: |  | 250.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 357.11 |
| Trustee Fee: |  | 42.89 |
| Other Funds: |  | 0.00 |
| Totals: | 650.00 | 650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,121.50 | 357.11 |
| 2. | Credit Acceptance Corp | Secured | 1,000.00 | 250.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 24,000.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 774.04 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 39.69 | 0.00 |
| 6. | Lease Finance Group | Unsecured | 845.91 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 329.89 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 13.84 | 0.00 |
| 9. | Worldwide Asset Purchasing LLC | Unsecured | 225.83 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 312.00 | 0.00 |
| 11. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 12. | Bluegreen | Secured | | No Claim Filed |
| 13. | Armor Systems Co | Unsecured | | No Claim Filed |
| 14. | CBCS | Unsecured | | No Claim Filed |
| 15. | AES/Chase | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Illinois Tollway | Unsecured | | No Claim Filed |
| 18. | Joel Cardis, LLC | Unsecured | | No Claim Filed |
| 19. | KB Merrill | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | Professional Account Management | Unsecured | | No Claim Filed |
| 22. | RMS | Unsecured | | No Claim Filed |
| 23. | West Asset Management | Unsecured | | No Claim Filed |
| 24. | Sprint | Unsecured | | No Claim Filed |
| 25. | T Mobile USA | Unsecured | | No Claim Filed |
| | | | $ 30,662.70 | $ 607.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ray, Kimberly

Printed: 03/17/09

Case Number: 08 B 22196
Judge: Wedoff, Eugene R
Filed: 8/23/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 42.89 |
|  | $ 42.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: